# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| VALERIA PARKS,<br><br>  Plaintiff,<br><br>v.<br><br>DOLGENCORP, LLC d/b/a Dollar General Corporation,<br><br>  Defendant. | Civil Action No.:<br><br>5:20-cv-00472-TES |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff Valeria Parks and Defendant DOLGENCORP, LLC d/b/a Dollar General Corporation, by and through the undersigned counsel, and hereby stipulate to the **DISMISSAL** of this case **WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party bearing its own attorney's fees and costs. The Parties further request that the Clerk of Court mark this case as **CLOSED**, thereby terminating the stay of this proceeding entered on March 18, 2021 (Doc. 10).

[*Signature Page Follows*]

Respectfully submitted, this 22nd day of August, 2023.

| | |
|---|---|
| _____<br>KENNETH E. BARTON III<br>Georgia Bar No. 301171<br>*Attorney for Plaintiff*<br><br>COOPER, BARTON & COOPER, LLP<br>170 College Street<br>Macon, Georgia 31201<br>(478) 841-9007 telephone<br>(478) 841-9002 facsimile<br>keb@cooperbarton.com | /s/ Peter N. Farley<br>_____<br>*With Express Permission*<br>PETER N. FARLEY<br>Georgia Bar No. 255165<br>*Attorney for Defendant*<br><br>McGuire Woods LLP<br>1230 Peachtree Street, N.E.<br>Promenade, Suite 2100<br>Atlanta, Georgia 30309<br>Telephone: (404) 443-5725<br>Fax: (404) 443-5768<br>pfarley@mcguirewoods.com |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing STIPULATION OF DISMISSAL to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record, who are CM/ECF participants:

Peter N. Farley, Esq.
McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, Georgia 30309
pfarley@mcguirewoods.com
*Attorney for Defendant*

This 22nd day of August, 2023.

/s/ Kenneth E. Barton III
KENNETH E. BARTON III
Georgia Bar No. 301171
*Attorney for Plaintiff*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
Telephone: (478) 841-9007
Facsimile: (478) 841-9002
keb@cooperbarton.com